UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **MARK ANTHONY HAIRSTON,** )<br>    Plaintiff )<br> )<br>v. )<br> )<br>**WESTLAKE CHEMICAL** )<br>**CORPORATION and** )<br>**ROYAL BUILDING PRODUCTS,** )<br>**INC.,** )<br>    Defendants | **ORDER**<br>Case No. 1:18cv00003 |

This matter is before the court on the following motions:

1. Plaintiff's Motion To Quash Notice Of Deposition, (Docket Item No. 20); and
2. Defendant's Motion For Protective Order Quashing Plaintiff's 30(b)(6) Notice of Deposition, (Docket Item No. 23) (collectively, "Motions").

Based on the arguments and representations of counsel, the Motions are **GRANTED** only insofar as it is **ORDERED** that the depositions referenced in the Motions are continued. These depositions may be rescheduled only by agreement of the parties or with the approval of the court after it hears the other pending discovery issues. Defendant's Motion For Protective Order Quashing Plaintiff's 30(b)(6) Notice of Deposition, (Docket Item No. 23), shall remain on the docket insofar as it contains objections to the Rule 30(b)(6) deposition subject areas.

1

It is **FURTHER ORDERED** that the discovery motions hearing set for August 8, 2018, will be continued to a date and time when counsel may appear personally before the undersigned. The Clerk's Office shall contact counsel to arrange a new date and time for the hearing.

**ENTERED:** August 7, 2018.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE